AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

NOV 17 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY _____, DEPUTY

Chris Elroy Loveless
_____
Petitioner

v.

State of Oklahoma, Jason M. Hicks
District Attorney of the Sixth
Prosecutorial District
_____
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. CIV-22-994-JD
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Chris Elroy Loveless
   (b) Other names you have used: None

2. Place of confinement:
   (a) Name of institution: Grady County Detention Center
   (b) Address: 215 N 3rd Street, Chickasha, Oklahoma 73018
   (c) Your identification number: 113-446-014

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☑ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: **GRADY County District Attorney / Grady County District Court**

   (b) Docket number, case number, or opinion number: **CF-22-165**

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: **I Am Challenging the pretrial custody Pursuant Fed. R Crim P 5o(b) Trial has not commenced within 90 days following Continous Custody Looking for Sactions of Section (J) To Be imploied. release from Pretrial Custody**

   (d) Date of the decision or action: **11-14-2022**

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes   ☑ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: I AM NOT SURE AN APPEAL IS READY TO BE FILED. FIRST MOTION delivered 11-09-22. IN court.

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes   ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: N/A

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes   ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____

   (6) Issues raised: _____

_____

_____

_____

_____

_____

 (b) If you answered "No," explain why you did not file a third appeal:  N|A_____

_____

10. **Motion under 28 U.S.C. § 2255 (NOTE: this section is to be completed only by persons being held in custody on orders of federal authorities)**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes     ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

  ☐ Yes     ☐ No

  If "Yes," provide:

  (1) Name of court: _____

  (2) Case number: _____

  (3) Date of filing: _____

  (4) Result: _____

  (5) Date of result: _____

  (6) Issues raised: _____

_____

_____

_____

_____

_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

  ☐ Yes     ☐ No

  If "Yes," provide:

  (1) Name of court: _____

  (2) Case number: _____

  (3) Date of filing: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

_____
_____
_____
_____
_____

 (c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____
_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes   ☒ No

If "Yes," provide:

 (a) Date you were taken into immigration custody: _____
 (b) Date of the removal or reinstatement order: _____
 (c) Did you file an appeal with the Board of Immigration Appeals?

  ☐ Yes   ☐ No

  If "Yes," provide:

  (1) Date of filing: _____
  (2) Case number: _____
  (3) Result: _____
  (4) Date of result: _____
  (5) Issues raised: _____

_____
_____
_____
_____

    (d)    Did you appeal the decision to the United States Court of Appeals?
        ☐ Yes    ☐ No

        If "Yes," provide:
        (1) Name of court: _____
        (2) Date of filing: _____
        (3) Case number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes    ☒ No

If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Court has failed to comply with the requirements of Title I of the Speedy Trial Act.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Court has held me since July 5th 2022 without a Pretrial conference or a court date.

Court has failed to comply with the requirements of the Title I of the Speedy trial Act.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes      ☐ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes      ☐ No

**GROUND THREE:** _____

Page 8 of 10

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes     ☐ No

**GROUND FOUR:** _____
_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes     ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: **NO**
_____
_____
_____

**Request for Relief**

15. State exactly what you want the court to do: **I would like to be released from pretrial custody.**

**My character has shown in 1990 after given a 7 year sentence I was given 30 days to get my affairs in order then report to Department of Corrections. I believe that shows my honest nature.**

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system, with the correct postage attached: **October 9th, 2022**

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: **October 9th, 2022**

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_